

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Qiufeng Xu

**Plaintiff,**

V.

see attached

**Defendant.**

Civil Action No.   26-cv-01929-BJC-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Writ of Habeas Corpus is GRANTED IN PART. Respondents are hereby ORDERED to hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are ENJOINED from transferring Petitioner before a bond hearing takes place.

**Date:**          5/12/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-01929-BJC-JLB

Markwayne Mullin, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Executive Office for Immigration Review; Warden of Otay Mesa Detention Center

Respondents